DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

7 MARCH 2013

| 318P12 | Edwin L. Eubank v. Antoinette L. Van-Riel and the Law Offices of Antoinette L. Van-Riel, P.A. | Plt's *Pro Se* PDR Under N.C.G.S. § 7A-31(A) (COA11-1088) | Denied |
|---|---|---|---|
| 324P12 | Anita R. Leveaux-Quigless v. Heather Nicole Pilgrim, Katie Elizabeth Hampton, and John William Hampton | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA11-1456)<br><br>2. Def's Motion to Dismiss PDR | 1. Denied<br><br>2. Dismissed as Moot<br><br>**Beasley, J., Recused** |
| 327P02-8 | Guy Tobias LeGrande v. State of N.C. | Def's *pro se* Petition for *Writ of Habeas Corpus* | Denied<br>**02/13/13** |
| 337P12 | Timothy L. Hardin, Administrator of the Estate of Verna Cathey Hardin, Dennis C. Hardin, Tammy F. Hardin, Randall M. Hardin, and Timothy L. Hardin, the Next of Kin v. York Memorial Park, and Alderwoods Group, Inc., Service Corporation International a/k/a/ SCI | Plts' PDR Under N.C.G.S. § 7A-31 (COA11-80) | Denied<br><br><br><br><br><br><br><br><br>**Beasley, J., Recused** |
| 354P12 | Kathy Lynn Sisk v. Glenn L. Sisk, Sr. | Plt's PDR Under N.C.G.S. § 7A-31 (COA11-1320) | Denied |
| 363PA11 | State v. Ellison and Treadway | Def's (Ellison) Motion to Amend Record on Appeal | Allowed<br><br>**Beasley, J., Did Not Participate** |
| 365A12 | Prouser, et al v. Bituminous Casualty, et al | Joint Motion to Dismiss Appeal | Allowed<br>**02/14/13** |